IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamie Fox,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Eric K. Shinseki, Secretary of the Department of Veterans Affairs, Agency,<br><br>　　　　Defendant.<br>_____/ | No. CV 11-04820 EDL<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**; **SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

On January 11, 2012, the Court issued an order to show cause why this case should not be dismissed for Plaintiff's failure to file a case management statement or appear at the initial case management conference on January 10, 2012. The Court ordered Plaintiff to file a written response to the Order to Show Cause by January 31, 2012 and set a show cause hearing for February 7, 2012. Plaintiff timely filed a response to the Order to Show Cause. Doc. no. 15. For good cause shown, the Order to Show Cause is hereby DISCHARGED and the February 7, 2012 show cause hearing is VACATED.

The Court will conduct the initial case management conference on April 17, 2012 at 10:00 a.m. in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA. The parties must file a case management statement by April 10, 2012 that complies with the Court's standing orders.

**IT IS SO ORDERED.**

Dated: February 2, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_Elizabeth D. Laporte_
　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge