IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamie Fox, | No. CV 11-04820 EDL |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S OPPOSITION TO ORDER SHORTENING TIME** |
| v. | |
| Eric K. Shinseki, Secretary of the Department of Veterans Affairs, Agency, | |
| Defendant. | |

The Court is in receipt of Plaintiff's opposition to Defendant's request to hear its motion for an order permitting Defendant to provide a claim file for use in litigation, which was filed after the time for the Court's consideration of the request had elapsed. Dkt. Nos. 58. The Court granted the request to shorten the time for hearing the motion by three days, and that Order remains in effect. Dkt. No. 59. However, Plaintiff's opposition indicates that she intends to submit a request for continuance of all pending motions in this case. Dkt. No. 58 at 3. Any such request must be made in writing in compliance with the Local Rules after appropriate efforts to meet and confer, and should be made at the earliest possible time so that the Court can consider the request well in advance of upcoming briefing deadlines for the pending motions.

**IT IS SO ORDERED.**

Dated: November 1, 20112

ELIZABETH D. LAPORTE
United States Magistrate Judge