IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamie Fox, | No. CV 11-04820 EDL |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S SUBMISSIONS TO COURT** |
| v. | |
| Eric K. Shinseki, Secretary of the Department of Veterans Affairs, Agency, | |
| Defendant. | |

This Court is in receipt of a document entitled "Motion for Order for Continuance of all Discovery; Pre-Trial Conference; and Trial." This Court received this document by mail on January 14, and forwarded it to Clerk's Office for filing and docketing. Going forward, Plaintiff must follow all applicable Court rules including those for properly filing documents, and may not submit documents other than the required chambers' copies directly to Chambers, or she may be sanctioned, up to and including duismissal.

**IT IS SO ORDERED.**

Dated: January 16, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge