IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Jamie Fox,

        Plaintiff,

  v.

Eric K. Shinseki, Secretary of the Department of

Veterans Affairs, Agency,

        Defendant.
                                     /

No. CV 11-04820 EDL

**ORDER TEMPORARILY SEALING OPPOSITION**

    Pending before the Court is Defendant's Emergency Motion for Administrative Relief Regarding Sealing of Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In the motion, Defendant argues that a "quick glance" at Plaintiff's opposition brief demonstrates that Plaintiff has revealed private and personal third party information, "including, but not limited to, utilizing the name of the person that she contends she raised concerns about and that she contends also raised concerns about her."

    To prevent the potential disclosure of private or confidential information, the Court grants Defendant's motion in part. The Court orders Plaintiff's opposition and documents attached thereto be filed under seal temporarily, pending a ruling on Defendant's motion with proposed redactions. Although the Court will permit these documents to be filed under seal initially, in order for the documents to remain under seal, Defendant must comply with Local Rule 79-5, which requires that a party seeking to seal portions of a document must establish that the portions are privileged or protectable as a trade secret or otherwise entitled to protection under the law.

**IT IS SO ORDERED.**

Dated: July 10, 2013

                                               ELIZABETH D. LAPORTE
                                               United States Chief Magistrate Judge