IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE FOX, | No. C -11-04820(EDL) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ERIC K. SHINSEKI, SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of August 6, 2013, Defendant's Motion for Summary Judgment is GRANTED.

Dated: Aug 6, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge