United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMIE FOX,                                          No. C -11-04820(EDL)

      Plaintiff,                                  **JUDGMENT**

  v.

ERIC K. SHINSEKI, SECRETARY OF THE
DEPARTMENT OF VETERANS AFFAIRS,

      Defendant.
_____/

     This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the

issues have been duly heard and considered and a decision having been fully rendered,

     IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of August 6,

2013, Defendant's Motion for Summary Judgment is GRANTED.

Dated: Aug 6, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge